1070

[No. 15864-7-II.   Division Two.   May 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BROOK
EVERETT PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-02493-8, Frederick B. Hayes, J., entered
February 13, 1992. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Petrich and Morgan, JJ.

[No. 16100-1-II.   Division Two.   May 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA JUNE
COULTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-00916-5, Nile E. Aubrey, J., entered May
29, 1992. *Reversed* by unpublished opinion per Alexander,
C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 12053-8-III.   Division Three.   May 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE C.
MARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 91-1-50172-5, Duane E. Taber, J., entered
October 29, 1991. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Shields, C.J., and Sweeney, J.

[No. 12068-6-III.   Division Three.   May 6, 1993.]

LEWIS ANDERSON, ET AL, *Appellants*, v. PRATT DISTRIBUTING
COMPANY, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 90-2-02398-1, Heather Van Nuys, J., entered
October 25, 1991. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Munson, J., concurred
in by Shields, C.J., and Thompson, J.